IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
vs.                                 )          No.  06-cr-30117-GPM
                                    )
MONTEZ LAMAR FULLER,                )
                                    )
                    Defendant.      )

## ORDER

**IT IS HEREBY ORDERED** that  the preparation of the transcript of  the detention

hearing held on August 31, 2006, in the above-entitled cause of action be prepared by Stephanie

Rennegarbe, Court Reporter, and filed with the Clerk of the Court, at the expense of the United

States.

**DATED: May 15, 2007**                    *s/ Donald G. Wilkerson*
                                           **DONALD G. WILKERSON**
                                           **United States Magistrate Judge**