**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**

**MONTEZ LAMAR FULLER,**

     **Defendant.**              **Case No. 06-cr-30117-1-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

     A hearing was conducted on counsel's Motion to Withdraw as Attorney (Doc. 268) for defendant Montez Fuller.  Finding a severe breakdown in the attorney-client relationship, said Motion (Doc. 268) is hereby **GRANTED**.  Attorney John D. Stobbs, II, is hereby **WITHDRAWN** as representative counsel for defendant Fuller. In so doing, the Court hereby **APPOINTS** attorney **Robert L. Elovitz**, 521 St. Louis Street, Edwardsville, IL 62025, to serve as CJA-appointed representative counsel for defendant Fuller in the instant criminal matter.[1]

     **IT IS SO ORDERED.**

     Signed this 31st day of October, 2007.

                     /s/     DavidRHerndon
                     **Chief Judge**
                     **United States District Court**

---

[1] Defendant Fuller's sentencing hearing is scheduled for January 18, 2008 at 9:30 a.m. Further, a Motion for Entry of Preliminary Order for Forfeiture (Doc. 284), filed on October 25, 2007, by the Government, is currently pending and awaiting Defendant's Response.