IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MONTEZ LAMAR FULLER,

    Defendant.                                     Case No. 06-cr-30117-1-DRH

### ORDER

**HERNDON, Chief Judge:**

        Before the Court is defendant Fuller's *pro se* "Motion to Lift Seperatee/Protection Order" (Doc. 397).  Defendant asks the Court to lift the separatee order regarding one of his co-defendants, Clarence Thomas, who also happens to be Defendant's uncle, so that there is a greater chance Defendant will be able to stay in the region to be closer to his family.  Unfortunately, the Court is without power to order the requested relief.  Defendant's request should be made to the Warden or through some other appropriate administrative channel available to inmates housed at the facility where he is currently incarcerated.  As such, said Motion (Doc. 397) is **DENIED.**

        **IT IS SO ORDERED**.

        Signed this 23rd day of October, 2009.

                                        /s/    *David R Herndon*
                                      **Chief Judge**
                                      **United States District Court**